# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JAMES DON MEZA AND JEFF STEPHENS,

*Plaintiffs*

v.

DOUGLAS COUNTY FIRE DISTRICT NO. 2 and
DAVID L. BAKER, in his individual capacity,

*Defendants*

Civil Action No.  2:15-CV-115-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion for Summary Judgment re Claims of Plaintiff Meza (ECF No. 28) is GRANTED.  Plaintiff Meza's 28 U.S.C. § 1983 claims against Defendants are dismissed with prejudice.  As the Court declined to exercise supplemental jurisdiction over Meza's Washington State wrongful discharge in violation of public policy claim, that cause of action is dismissed without prejudice.  Judgment is entered in favor of Defendants.  Plaintiff Meza is terminated as a party in this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna M. Peterson  on a motion for Summary Judgment (ECF No. 28).

Date:  July 8, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb