# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JEFF STEPHENS,<br><br>*Plaintiff*<br>v.<br>DOUGLAS COUNTY FIRE DISTRICT NO. 2 and<br>DAVID L. BAKER, in his individual capacity,<br><br>*Defendant* | Civil Action No.  2:15-CV-115-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion for Summary Judgment (ECF No. 30) is Granted in Part and Denied in Part.  Plaintiff Stephens' 28 U.S.C. § 1983 claims against Defendants Douglas County Fire District No. 2 and David Baker are DISMISSED WITH PREJUDICE.   Plaintiff Stephens' claims for punitive damages against Defendant Douglas County Fire District No. 2 are DISMISSED WITH PREJUDICE.  Plaintiff Stephens' remaining state law claims are DISMISSED WITHOUT PREJUDICE.  Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a Motion for Summary Judgment (ECF No. 30).

Date:  September 7, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb